UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Earnest Lopez**

          **Plaintiff,**        **CASE NUMBER: 13-10732**
                                    **HONORABLE VICTORIA A. ROBERTS**
v.                                  **MAG. JUDGE MONA MAJZOUB**

**Commissioner of Social Security,**

          **Defendant.**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 28, 2013 Magistrate Judge Majzoub issued a Report and Recommendation [Doc.13], recommending that Plaintiff's Motion for Summary Judgment [Doc. 18] be denied and Defendant's Motion for Summary Judgment [Doc. 11 ] be granted. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation.

Accordingly, Plaintiff's motion is **DENIED** and Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

      **IT IS ORDERED**.

                                            S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: December 9, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 9, 2013.

S/Linda Vertriest
Deputy Clerk